UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

    -v-                                                                                                        No. 20 CR 333

JOSE SERGIO MARTINEZ-AGUILAR et al.,

        Defendant(s).

---------------------------------------------------------x

## ORDER

On July 29, 2020, the Government filed a proposed protective order and a letter submission arguing that the proposed order is appropriate and reasonable.  (See docket entry no. 24.)  On July 30, 2020, counsel for defendant Sebastian Ramos filed a letter submission arguing that the Government's proposed order is overbroad and the Government should be required to designate material it believes warrants protection.  (See docket entry no. 27.)

The Government and counsel for Mr. Ramos are directed to meet and confer promptly in a good faith effort to produce a stipulated protective order that permits the Government to designate as "Confidential" information that would: (1) invade the privacy or safety of third parties; (2) expose sensitive personal or business information; (3) impede or jeopardize law enforcement efforts, or present a risk of prejudicial pretrial publicity and, if necessary, to designate a further subset of information as "Sensitive" with more restrictive protections.  If no agreement on a form of order can be reached, the Government shall file a reply

by August 7, 2020, at 5:00 p.m.

        SO ORDERED.

Dated: New York, New York
       August 3, 2020

                              /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                            United States District Judge