UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                   No. 20CR333-LTS

JOSE SERGIO MARTINEZ-AGUILAR (1),

        Defendant.

-------------------------------------------------------------X

**ORDER**

      Samuel Gregory, Esq., is relieved as CJA counsel for the defendant. The defendant in the above-captioned matter is now represented by retained counsel, Mariel Colon Miro, Esq.

      SO ORDERED.

Dated:  New York, New York
           August 12, 2020

                                                                  /s/  Laura Taylor Swain
                                                                   LAURA TAYLOR SWAIN
                                                                   United States District Judge